# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **IBRAHIM A. ABAKAR,** | § § § § § § § | |
| *Petitioner*, | | |
| v. | | |
| **PAMELA BONDI, ATTORNEY GENERAL; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; TODD M. LYONS, ACTING DIRECTOR U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; MARCOS CHARLES, ACTING EXECUTIVE ASSOCIATE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS; MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; and JOHN DOE, WARDEN OF ERO CAMP EAST MONTANA DETENTION FACILITY,** | § § § § § § § § § § § § § § § § § § § § § § § | No. 3:26-CV-00044-LS |
| *Respondents*. | § § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner Ibrahim A. Abakar's notice of voluntary dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 4.

**SIGNED** and **ENTERED** on January 26, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**